UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB 22 2007
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. |
| DONALD RASCH, | ) 4:07CR0 0134SNL ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 17, 2004, in the Eastern District of Missouri,

**DONALD RASCH,**

the defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation, a department of the United States, did knowingly and willfully make a materially false and fraudulent representation and statement; that is: a statement to Special Agents of the Federal Bureau of Investigation that he did not then know the location of any remaining, unrecovered, pieces of fine art that were the subject of a federal investigation, when in truth and in fact, the defendant knew the location of the missing pieces of fine art at the time he made the statement.

In violation of Title 18, United States Code, Section 1001.

## COUNT TWO

The Grand Jury further charges that:

On or about December 17, 2004, in the Eastern District of Missouri,

**DONALD RASCH,**

the defendant herein, in a matter within the jurisdiction of the Federal Bureau of Investigation, a department of the United States, knowingly and willfully made a materially false and fraudulent representation and statement; to wit, the defendant represented to Special Agents of the Federal Bureau of Investigation that he only made and participated in one trip to Fine Arts Express in Bridgeton, Missouri for purposes of stealing fine art from a collection stored at the location, when in truth and in fact, the defendant, knew he made more than one trip to the facility for purposes of transporting stolen fie art.

In violation of Title 18, United States Code, Section 1001.

## COUNT THREE

The Grand Jury further charges that:

From in or about March 2002, to in or about June, 2002, in the Eastern District of Missouri and elsewhere,

**DONALD RASCH**

the defendant herein, knowingly and willfully transported and transferred, and caused to be transported and transferred, in interstate commerce, goods of a value of more than $5,000.00, knowing that the goods had been stolen and taken by fraud, said goods being two pieces of fine art, to wit: paintings by Arthur Dove titled "Dancing Tree Forms (1934) and "Centerport (1941)" that had been stolen by the defendant Donald Rasch in St. Louis, Missouri, and thereafter

transported and transferred to the State of Illinois.

In violation of Title 18, United States Code, Section 2314.

A TRUE BILL

_____
FOREPERSON

CATHERINE HANAWAY
United States Attorney

_____
MATTHEW T. DRAKE #115986
JULIA M. WRIGHT, #4450
Assistant United States Attorneys

3