IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 4:07CR124 SNL |
| | ) |
| DONALD RASCH | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S STATEMENT TO THE PRESENTENCE REPORT AND SENTENCING MEMORANDUM**

Comes now Donald Rasch, Defendant, by and through his attorney Lucy G. Liggett, Assistant Federal Public Defender, and states to the Court that he has received and reviewed the presentence report prepared in his case. Defendant has no objection to the presentence report.

Donald Rasch is serving a term of imprisonment of 24 months for Conspiracy to Transport Stolen Goods in Interstate Commerce. According to Rasch, he is scheduled for transfer to a halfway house in August , 2007 and according to the presentence report, his scheduled release date is October 9, 2007. The sentencing guideline calculation for the instant offense is 10 to 16 months in the Bureau of Prisons. The guideline falls in Zone C.

The facts and circumstances of the federal charges in this case arise from false information given by Donald Rasch to federal agents during various interviews relating to the facts and circumstances of the prior federal case. Pursuant to U.S.S.G. § 5G1.3, the Court can order the sentence in this case to run concurrently, partially concurrently or consecutively to the prior undischarged term of imprisonment to achieve a reasonable punishment. Rasch respectfully requests

a sentence of imprisonment which will run concurrently to the sentence he is serving in cause number 4:05CR473 CAS. The Court is authorized to impose a sentence which includes imprisonment and community confinement.  If the Court imposes the sentence concurrently, the sentence will begin June 14, 2007  and Rasch will be incarcerated past his projected release date of October, 2007.  Further, a term of imprisonment which includes some time in a community release center will allow Rasch to obtain a home plan and employment.

Rasch respectfully requests this Court sentence him to a term of imprisonment which includes community confinement and impose the sentence concurrently to 4:05CR473 CAS.

Respectfully submitted,

/s/Lucille G. Liggett
LUCILLE G. LIGGETT
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Lucy_Liggett@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon, Assistant United States Attorney.

I hereby certify that on June 12, 2007the foregoing was hand delivered to the following non-participants in the Electronic Case Filing: United States Probation Office, 111 South 10th Street, 2nd Floor, St. Louis Missouri.

/s/Lucille G. Liggett
LUCILLE G. LIGGETT
Assistant Federal Public Defender